[No. 61996-9-I.   Division One.   November 30, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JORGE ADRIAN CRESPO-ORTIZ, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 07-1-03968-2, Harry J. McCarthy, J., entered July 15, 2008. *Affirmed in part* and *remanded* by unpublished opinion per Lau, J., concurred in by Ellington and Leach, JJ.

[No. 62435-1-I.   Division One.   November 30, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JO WAYNE AARHUS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 08-1-04112-0, Dean Scott Lum, J., entered September 26, 2008. *Affirmed* by unpublished opinion per Agid, J., concurred in by Schindler, C.J., and Leach, J.

[No. 62448-2-I.   Division One.   November 30, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY THEOPLIOUS KEMP, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 07-1-11652-1, Laura Gene Middaugh, J., entered October 1, 2008. *Affirmed* by unpublished opinion per Agid, J., concurred in by Schindler, C.J., and Leach, J.

[No. 62819-4-I.   Division One.   November 30, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. AARON RYAN DAVIS, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-1-00815-8, Larry E. McKeeman, J., entered December 2, 2008. *Dismissed* by unpublished per curiam opinion.